UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　Plaintiff, )<br>　-vs- )<br>JOSE CASTRO-RAMOS, )<br>　　　　　　　　Defendant. ) | NO.　CR-10-2119-WFN-1<br><br>ORDER |

A motion hearing was held July 11, 2011. The Defendant, who is in custody, was present and represented by Diane Hehir and assisted by Court-appointed interpreter Levi Enriquez; Assistant United States Attorney Alison Gregoire represented the Government. This hearing was initially scheduled to address Defendant's Motion to Withdraw Plea (ECF No. 24). At the hearing defense counsel moved to withdraw the pending Motion. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's oral motion to withdraw Motion to Withdraw Plea of Guilty is **GRANTED**.

2. Defendant's Motion to Withdraw Plea of Guilty, filed June 10, 2011, **ECF No. 24**, is **WITHDRAWN**.

3. A sentencing hearing shall be held **September 12, 2011, at 2:15 p.m., in Yakima,** Washington.

ORDER - 1

1      4.  Sentencing filings shall be due according to the schedule found in the Court's
2  Order filed April 18, 2011, ECF No. 22.
3      The District Court Executive is directed to file this Order and provide copies to
4  counsel **AND TO** United States Probation Officer Kevin Crawford.
5      **DATED** this 11th day of July, 2011.

                                                         s/ Wm. Fremming Nielsen
07-11                                                WM. FREMMING NIELSEN
                                           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2