PROB 12C
(7/93)

Report Date: June 11, 2014

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**JUN 11 2014**

### Eastern District of Washington

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Castro-Ramos       Case Number: 2:10CR02119-WFN-1

Address of Offender: Grandview Jail, Grandview, Washington

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 12, 2011

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: TSR |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: May 06, 2013 |
| Defense Attorney: | TBD | Date Supervision Expires: May 05, 2016 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.
 | **Supporting Evidence**: On June 10, 2014, an indictment was filed in the United States District Court for the Eastern District of Washington in Yakima, charging the defendant with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, docket number 1:14CR02047-LRS-1.
 | According to the indictment on or about May 20, 2014, the defendant was located in the Eastern District of Washington. An investigation revealed the defendant is a citizen and national of Mexico who was previously deported on November 15, 2013, at San Ysidro, California. A records check further revealed the defendant failed to apply for permission from the proper authorities to reenter the United States.

2     **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

       **Supporting Evidence**: The defendant illegally reentered the United States without permission on or about May 20, 2014, as noted in violation 1. According to the United States Immigration and Customs Enforcement, the defendant was previously deported to Mexico on May 6, and November 15, 2013, and has not obtained permission to reenter the United States.

       **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

3     **Supporting Evidence**: On May 20, 2014, the defendant was arrested by the Grandview Police Department, in Grandview, Washington, and charged with count 1: first degree driving while license suspended and count 2: operate vehicle without ignition interlock, case number 4Z0234554.

       According to the Grandview Police Department report, on May 20, 2014, the driver, who was later identified as the defendant was observed attempting to enter Wine County Road without signaling. He was also holding onto a big plastic blow up pool while a female passenger was holding the other side of the pool. The defendant entered Wine County Road and almost lost the pool as it began to bend in half from the wind. He turned into the turn lane without signaling and then into Safeway without signaling. The officer initiated a traffic stop in the Safeway parking lot. The defendant stated he did not have a driver's license with him and later admitted to not having a license. He did not have any identification and could not provide proof of insurance. In the back seat of the car was a small female child, approximately 2 years old, without a seat belt or child seat. The defendant initially provided the name Arturo Madrigal, date of birth September 8, 1981. The female passenger also provided a false name and was subsequently arrested as such and for having warrants. The defendant was arrested for the above-noted charges and also had three warrants at the time of this incident. During booking, the defendant stated his name was Jose Sergio Madrigal. The passenger stated the defendant's name was Sergio Cerna Vasquez. The defendant was fingerprinted and his identity was verified as Jose Castro Ramos.

       Court records indicate the defendant was represented by counsel. He was sentenced on June 4, 2014, to count 1: 364 days jail, 354 days suspended; $247.50 fine; $405.50 financial obligations and count 2: was dismissed with prejudice.

Prob12C
Re: Castro-Ramos, Jose
June 11, 2014
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 11, 2014

s/Erica Helms

Erica Helms
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/11/14

Date